OPINION — AG — **** TEACHERS RETIREMENT — OEA MEMBERSHIP — UNCONSTITUTIONAL **** TITLE 70 O.S. 1968 Supp., [70-17-3F], ALLOWING CERTAIN EMPLOYEES OF THE OKLAHOMA SECONDARY SCHOOL ACTIVITIES ASSOCIATION, THE OKLAHOMA STATE SCHOOL BOARDS ASSOCIATION, AND THE OKLAHOMA EDUCATION ASSOCIATION TO CONTINUE ACTIVE MEMBERSHIP IN THE TEACHERS' RETIREMENT SYSTEM IS UNCONSTITUTIONAL. CITE: 70 O.S. 1967 Supp., 17-3F [70-17-3F], ARTICLE V, SECTION 62 DALE F. CROWDER